IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BMC Software, Inc.,<br><br>                                    Plaintiff,<br><br>               -against-<br><br>Cherwell Software, LLC,<br><br>                                    Defendant. | Civil Action No. _____<br><br>JURY TRIAL DEMANDED |

## COMPLAINT FOR PATENT INFRINGEMENT

BMC Software, Inc. ("BMC"), by and through its undersigned attorneys, based upon personal knowledge with respect to its own actions and on information and belief as to other matters, hereby files the following Complaint for patent infringement against Defendant Cherwell Software, LLC, and alleges as follows:

### THE PARTIES

**A.      BMC Software, Inc.**

1.      Plaintiff BMC is a leading provider of information technology ("IT") service management ("ITSM") systems and serves thousands of customers worldwide, from small and mid-size businesses to the largest companies in the world.  BMC is a Delaware corporation with its headquarters at 2103 CityWest Boulevard, Houston, Texas 77042.  BMC has an office at 8401 Greensboro Dr., McLean, VA 22102.

2.      BMC was founded in 1980 and has grown to become one of the world's leading enterprise software providers.

3.      Today, BMC has approximately 6,000 employees who support more than 10,000 customers.

4.      The ITSM systems developed by BMC enable companies to easily manage, track, and service the ever-increasing number of network servers, computers, printers, software applications, and other IT resources needed across their networked computer systems (an "enterprise") to ensure customers are not disrupted in their business activities.

5.      BMC's solutions were developed under the premise that business performance for any company depends on IT performance and, thus, there is a need for ITSM systems that closely link a customer's business services to its IT resources.

6.      To meet this need and build a market for its ITSM solutions and other products, BMC invested approximately 9 billion dollars in research and development. This was no small bet.  Furthermore, overcoming the many challenges and risks along the way in building the ITSM market and creating new ITSM solutions for its customers was a major achievement. Defendant, on the other hand, has built its business by copying the functionality of BMC's products without regard to the intellectual property rights of BMC.

<u>BMC Patented Technologies</u>

7.      The innovations resulting from BMC's investments in research and development are the subject of more than 500 granted patents and pending patent applications before the U.S. Patent and Trademark Office ("USPTO") and other patent offices around the world.

8.      BMC has selected a diverse group of patents in this action to demonstrate the scope and strength of BMC's innovations and its patent portfolio, and to show the widespread infringement of BMC's intellectual property rights by Defendant.

9.      BMC's massive research and development investment in building the ITSM market has resulted in numerous patented inventions required for an enterprise to build and deploy both on-premise and cloud-based ITSM systems, including the following core functions of a modern ITSM system:

(i)      CMDB "Hierarchical Dynamic Inheritance":  To simply and automatically track the configuration, provisioning, and health status of IT resources in an enterprise, BMC engineers invented and developed a Configuration Management Database ("CMDB") that creates a logical representation of enterprise IT resources using hierarchical, object-oriented Configuration Items ("CIs") employing dynamic inheritance.  This novel architecture enables a business to maintain a complete, accurate, and timely representation of its IT resources— allowing IT personnel to quickly determine the root cause of any IT problem when it occurs and to minimize the cost of disruptions in business services.

(ii)     CMDB "Federation": BMC engineers invented and developed technologies that allow an ITSM system to work across different offices and locations in an enterprise, and to access data stored in multiple databases regarding the configuration, provisioning, and health status of IT resources as though that data were contained within a single, centrally located database, regardless of differences in the structure and organization of such disparate CMDB data sources.

(iii)    "Metadata Driven" Discovery Tools:  In addition to their work in developing a modern CMDB architecture, BMC engineers invented and developed discovery tools for discovering the IT resources of an enterprise across the different offices and locations of a business, including how such IT resources are configured and provisioned and their status. These discovery tools include a metadata layer that provides efficiency and flexibility in configuring

discovery tools to meet the specific service monitoring needs of each enterprise.  The metadata layer also functions to allow data collected about disparate IT resources to be seamlessly integrated into the CMDB.

(iv)    "Extensible" Discovery Tools:  Recognizing that customers desire the flexibility to extend the types of data collected regarding IT resources beyond those included with "out of the box" discovery tools, BMC engineers invented and developed techniques that allow ITSM systems to receive and integrate script-based programs from a user that define additional data types specific to a customer's needs.

(v)    "Mid-server" Communications: Certain key elements of ITSM systems, including tools for populating and updating a CMDB, can be delivered today by software running outside the enterprise, for example, in the cloud.  To be acceptable to customers, such elements must be able to communicate reliably, securely, and efficiently with enterprise systems that lie inside a customer's firewall, without compromising the security of the firewall.   To meet this fundamental requirement, BMC's engineers invented and developed Mid-server technologies to allow ITSM elements that lie outside the firewall to communicate with internal ITSM systems without compromising firewall integrity and enterprise security.

(vi)    "Business Service" Monitoring and "Impact Visualization":   BMC engineers developed numerous software innovations, including visualization tools for rendering and displaying information about the health status of each Business Service of an enterprise, and for mapping the underlying IT resources that impact each service.  This enables IT personnel to prioritize their efforts when a problem occurs in order to minimize the cost of service disruptions.

(vii)   <u>"Mergeable Apps"</u>:  Understanding that each customer is different in its needs, BMC engineers developed technologies to allow base software applications included with an ITSM system to be customized and extended in functionality.   BMC's technologies allow for numerous mergeable software apps to be seamlessly and efficiently integrated with an ITSM system using various object overlay technologies. These object overlay technologies allow a wide range of updates to be made to base ITSM software applications, without losing the custom changes that extend the applications' functionality, and therefore minimize the risk of service disruptions.

10.     To encourage these and its many other innovations, BMC has an Inventor Recognition Program designed to recognize and reward employees for their inventions. Innovating, inventing, and protecting BMC's investments through patents are so central to BMC's success that employees' inventive contributions are recognized through the memorialization of their names and patents on patent walls located at BMC's Houston headquarters and in other of BMC's offices around the world.



11.     To ensure that companies do not free-ride on BMC's enormous investments in research and development, BMC relies on the protection of its intellectual property rights.

12.     BMC's ability to earn sufficient profits from its innovations is harmed when infringers, such as Defendant, use BMC's patented technologies in their ITSM solutions without permission or compensation to BMC.   Defendant is able to offer such ITSM products at below market prices because they have not incurred the enormous research and development investments that BMC made to develop the underlying technologies and the market itself. Indeed, because Defendant did not bear the financial burden of developing the core technologies that are the subject of BMC's patents, or the risks in building the ITSM market, Defendant is able to unfairly compete by marketing its products to customers as having the same or similar functionality "at a considerably lower price" and serving as a "cost effective alternative." Cherwell, in deep strategic partnership with others such as Firescope, Inc, repeatedly highlights this unfair advantage in marketing materials.[1]

13.     If Defendant's infringement is not enjoined, BMC will be unable to sustain the amount of research and development investment needed to further develop, build, and grow the industry to meet customer needs.   And, ultimately, this will have an adverse impact on BMC's ability to continue to create thousands of jobs for the people throughout the country and worldwide.

## B.     The Defendant

14.     Defendant Cherwell Software, LLC ("Cherwell") is a Delaware limited liability company with a principal place of business at 10125 Federal Drive, Suite 100, Colorado Springs, Colorado 80908.

---

[1] *See, e.g.,* https://www.cherwell.com/company/newsroom/press-releases/2016/03/cherwell-software-and-firescope-deepen-strategic-partnership-and-technology-integration, http://www.firescope.com/Resources/The-End-Of-Legacy-BMC-Cherwell.pdf.

15.    Cherwell maintains offices around the world and operates a datacenter in Ashburn, Virginia.[2]  Upon information and belief, regularly conducts business in Virginia. including providing conferences and forums for its Virginia-based customers (1) to connect with and learn from each other; (2) to ask Cherwell's technologists for advice on problems they are experiencing; and (3) to share thoughts with Cherwell's product management personnel about product and service direction:[3]

16.    Cherwell has not innovated like BMC and has only a single patented invention of its own.[4]  Despite their lack of innovation, Cherwell openly acknowledges that in order to be successful, it is important to have an advanced technology platform like BMC's—that has all the functionality customers desire.

17.    In public statements, Cherwell's Co-Founder and Executive Chairman, Vance Brown, states: "There are probably over two hundred companies out there that Gartner recognizes as in the service management space; by all accounts we're clearly in the top three of that.  But we really believe we have the technology platform over the next three years to be clearly number one in the space . . .." (emphasis added).[5]  Upon information and belief, the technology platform to which Mr. Brown is referring is built based upon BMC's patented technologies.

18.    In pursuit of his quest to be number one in the ITSM space, Mr. Brown hired BMC's former Vice President of North America Sales and Services, Craig Harper, as its CEO.[6]

---

[2]    https://www.cherwell.com/company/newsroom/press-releases/2013/01/cherwell-software-adds-data-center-in-brisbane-australia ("Its other data centers are located in Denver, Colorado; Ashburn, Virginia; Dallas, Texas; and London, U.K.").
[3] *See* https://www.cherwell.com/community/c/e/402 (meeting in "Reston, VA").
[4] On April 26, 2017, a search was performed on the uspto.gov website which identified the Cherwell patent.
[5] https://www.youtube.com/watch?v=fVuh6tfg_rA at 3:53.
[6] *See* https://www.cherwell.com/company/newsroom/press-releases/2016/08/cherwell-board-names-craig-harper-as-chief-executive-officer.

19.     To fuel the growth that Mr. Brown desires to achieve, Mr. Harper in turn hired key BMC sales executives who he knew from his fourteen-year career at BMC and who Cherwell presents as "Key ITSM Executives."[7]

20.     Cherwell knows that the results of these and other actions have spurred growth mainly at the expense of BMC (and others) in the marketplace.  Indeed, Cherwell publicly states: "[t]he majority of the work we are doing now is replacing . . . BMC."[8]

Partnership

21.     Cherwell has a deep partnership relationship with Firescope, Inc.[9]  In addition, Cherwell sells and/or markets Firescope's products.[10]  As such, Cherwell, through its strategic partnership with Firescope, directly targets BMC for sales growth and offers a technology platform that provides the same functionality as BMC's products, as highlighted in public statements and in marketing literature using the Cherwell brand name in a way that upon information and belief would have been approved by Cherwell[11], for example:

---

[7] *See* https://www.cherwell.com/company/newsroom/press-releases/2014/12/cherwell-software-doubles-employee-base-and-hires-new-itsm-executives.

[8] Computer Reseller News UK, "Cherwell Squares up to BMC as it Hunts UK Partners," June 27, 2016, *available at* http://www.channelweb.co.uk/crn-uk/news/2462931/cherwell-squares-up-to-bmc-as-it-hunts-uk-partners.

[9] *See, e.g.,* https://www.cherwell.com/company/newsroom/press-releases/2016/03/cherwell-software-and-firescope-deepen-strategic-partnership-and-technology-integration.

[10] *See, e.g.,* https://www.cherwell.com/company/newsroom/press-releases/2016/06/cherwell-software-and-firescope-announce-discovery-and-dependency-mapping-solution ("The new offering will be sold exclusively by both FireScope and Cherwell."); http://www.firescope.com/Resources/The-End-Of-Legacy-BMC-Cherwell.pdf.

[11] http://www.firescope.com/Resources/The-End-Of-Legacy-BMC-Cherwell.pdf.



## Replacement by BMC Product

To better understand how the two solutions, and their integration, can effectively replace a BMC implementation, the following outlines the products that comprise the BMC suite, their function and how they would be supplanted. Please note that the following assumes that the currently implemented product is utilizing out of box functionality to support publicly documented use cases. In scenarios where the currently implemented product has been extended through custom development or professional services, a deeper discussion will be necessary to evaluate how FireScope or Cherwell CSM could achieve the desired outcome.

| BMC Product | Function | Replacement | Comments |
|---|---|---|---|
| BMC Application Diagnostics | Real-time monitoring of application middleware. | FireScope | |
| BMC Atrium | Configuration Management Database (CMDB) | Cherwell | |
| BMC Atrium Analytics | Reporting capability for BMC Atrium | FireScope & Cherwell | Both include native report generation capabilities |
| BMC Atrium Discovery & Dependency Mapping (ADDM) | Discovery of environment and dependency mapping | FireScope | |
| BMC Atrium Orchestrator | Runbook automation | Cherwell | |
| BMC Atrium Service Level Management | Define and manage service levels and service level agreements | FireScope | |
| BMC Bladelogic Automation Suite | Automated deployment and configuration of infrastructure | Cherwell | |
| BMC Capacity Optimization | Capacity analysis and planning | FireScope | |
| BMC Dashboard for BSM | Dashboard views of service health | FireScope | |
| BMC End User Experience Manager (EUEM) | User experience monitoring | FireScope | |
| BMC Event Manager (BEM) | Consumes event data from the various BMC products to correlate events across silos | | Unnecessary as FireScope approaches event enrichment in an entirely different way. Please see previous section. |
| BMC Patrol | Monitoring | FireScope | |
| BMC ProactiveNet Performance Management | Monitoring | FireScope | |
| BMC Remedy Action Request System (ARS) | Workflow and process management and automation | Cherwell | |
| BMC Remedy Asset Management | Tracking of asset inventory | Cherwell | |
| BMC Remedy Change and Release Management | Change request management | Cherwell | |
| BMC Remedy Knowledge Management | Knowledge base | FireScope & Cherwell | Both include knowledge base capabilities. |
| BMC Remedy Service Desk | Incident ticketing and management | Cherwell | |
| BMC Service Impact Management (SIM) | Event correlation from a Service perspective | FireScope | FireScope approaches event correlation from an entirely different perspective, see previous section for more details. |
| BMC Transaction Management Application Response Time | Application monitoring | FireScope | |

22.     Cherwell also uses Firescope's products, including for demonstration purposes, testing, and/or in the process of validating integrations.[12]

23.     Cherwell has turned to two private equity firms, Insight Ventures and KKR. These firms have a business model that invests in software companies that deliver software services from the "cloud."  Cherwell sought funds from its investors not for R&D purposes, but in order to disrupt key players in the service management market.  In its most recent financing, Cherwell "raised $50 million from KKR, the private equity firm.  The funding positions Cherwell to accelerate its business to disrupt . . . BMC Software" according to CEO Craig Harper."[13]

## JURISDICTION AND VENUE

24.     This is a civil action for patent infringement arising under the patent laws of the United States, including 35 U.S.C. §§ 271, 281, 283, 284, and 285.  This court has jurisdiction of such claims pursuant to 28 U.S.C. §§ 1331 and 1338.

25.     Personal jurisdiction is proper in the State of Virginia and in this judicial district. Among other things, Defendant conducts business, sells infringing products, and is engaged in activities that infringe BMC's ITSM patents in the State of Virginia, including in this judicial district.

26.     Venue is proper in this district under 35 U.S.C. §§ 1391 and 1400(b).

## THE PATENTS IN SUIT

### U.S. Patent No. 6,895,586 – CMDB "Hierarchical Dynamic Inheritance"

27.     On May 17, 2005, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 6,895,586 ("the '586 patent") entitled

---

[12] *See, e.g.,* https://www.youtube.com/watch?v=-n_eI98HslY (demonstration using a FireScope product with a Cherwell product).

[13] https://www.channele2e.com/2017/02/27/cherwell-raises-50-million-to-counter-servicenow-bmc-in-itsm/.

"Enterprise Management System and Method which includes a Common Enterprise-Wide Namespace and Prototype-Based Hierarchical Inheritance." BMC holds all substantial rights, title, and interest to the '586 patent. A true and correct copy of the '586 patent is attached as Exhibit A.

28.     Serving as the central repository for data characterizing the configuration, provisioning, and health status of the IT resources of an enterprise, the CMDB lies at the core of BMC's and Defendant's ITSM offerings. BMC's CMDB patent for hierarchical dynamic inheritance (the '586 patent) is essential for the automatic updating of IT data in the CMDB as a customer's software and hardware IT infrastructure changes, which happens constantly (e.g., thousands of times per day). Without use of the '586 patent, Defendant's customers would be forced to manually maintain that information—such manual updating would materially impact the timeliness, completeness, and accuracy of the IT data in the CMDB and would be unacceptable to Defendant's customers.

29.     In 2015, the validity of the '586 patent was challenged before the USPTO at the United States Patent Trial and Appeal Board ("PTAB") in a petition for Inter Partes review brought by another BMC competitor, and that request was rejected in its entirety by the PTAB.

### U.S. Patent No. 8,082,222 – CMDB "Federation"

30.     On December 20, 2011, the USPTO duly and legally issued United States Patent No. 8,082,222 ("the '222 patent") entitled "CMDB Federation Method and Management System." BMC holds all substantial rights, title, and interest to the '222 patent. A true and correct copy of the '222 patent is attached as Exhibit B.

31.     The '222 patent explains that a CMDB serves as a point of integration between various IT management processes and explains that data from multiple sources often needs to be

managed directly or by reference in commercial CMDBs. The '222 patent addresses the need to provide a solution for organizing or federating the data from disparate Management Data Repository ("MDR") sources and/or CMDBs into a single view that appears seamless and integrated to the end user.

<u>U.S. Patent No. 6,816,898 – "Metadata Driven" and "Extensible" Discovery Tools</u>

32.     On November 9, 2004, the USPTO duly and legally issued United States Patent No. 6,816,898 ("the '898 patent") entitled "Interfacing External Metrics into a Performance Management System." BMC holds all substantial rights, title, and interest to the '898 patent. A true and correct copy of the '898 patent is attached as Exhibit C.

33.     BMC's '898 patent includes at least two relevant innovations. The first innovation in the '898 patent is directed to service monitoring tools for collecting data regarding a customer's IT resources and processes and using metadata to afford these tools flexibility of configuration in order to meet the specific service monitoring needs of an enterprise. Another innovation in the '898 patent is directed to extensible discovery tools for collecting data about the IT resources of an enterprise through custom data types not provided by the ITSM system and that may be specific to the unique service monitoring needs of an enterprise customer. Defendant's use of BMC's '898 patent technology enhances the flexibility of the enterprise platforms of its customers and allows Defendant to better manage the complexity of its customers' systems and meet the specific priorities and unique needs of each customer.

34.     In 2015, the validity of the '898 patent was challenged before the USPTO at the PTAB in a petition for Inter Partes review brought by another BMC competitor, and that request was rejected in its entirety by the PTAB.

<u>U.S. Patent No. 7,877,783 – "Mid-Server" Communications</u>

35.     On January 25, 2011, the USPTO duly and legally issued United States Patent No. 7,877,783 ("the '783 patent") entitled "System and Method for Secure Communications with a Remote Software Program."  BMC holds all substantial rights, title, and interest to the '783 patent.  A true and correct copy of the '783 patent is attached as Exhibit D.

36.     Elements of ITSM systems, such as those in the "cloud," must be able to communicate with all of the hardware and software IT infrastructure that lies behind a customer's firewall.  BMC's '783 patent teaches, among other things, means by which communication between a computer on an enterprise and another computer, for example in the cloud, can be securely and flexibly mediated using the same or similar protocols used in enterprise Web communications, i.e., with no significant changes to the firewall.

U.S. Patent No. 9,239,857 – "Business Service" Level Monitoring and "Impact" Visualization

37.     On January 19, 2016, the USPTO duly and legally issued United States Patent No. 9,239,857 ("the '857 patent") entitled "System and Method for Building Business Service Model."  BMC holds all substantial rights, title, and interest to the '857 patent.  A true and correct copy of the '857 patent is attached as Exhibit E.

38.     The '857 patent is directed to providing a mechanism to facilitate modeling of IT resources and business service relationships of a computing system.  The modeling system claimed in the '857 patent includes a database that stores information about the resources of a computer network service, and a server functionally coupled to the database having a graphical user interface application for creating and editing business service models.  Using information obtained through searching, the application is used to create a business service model for the computer network service that relates a business service with its underlying IT resources.

U.S. Patent No. 8,832,652 – "Mergeable Apps" Technology

39.     On September 9, 2014, the USPTO duly and legally issued United States Patent No. 8,832,652 ("the '652 patent") entitled "Method for Customizing Software Applications." BMC holds all substantial rights, title, and interest to the '652 patent.  A true and correct copy of the '652 patent is attached as Exhibit F.

40.     The '652 patent is directed to various techniques for overlaying objects onto the base objects of an ITSM software application so as to allow customization or modification of that application.  The '652 patent teaches techniques for allowing numerous mergeable software applications to be seamlessly and efficiently integrated with an ITSM system using various object overlay technologies.  Further, these patented overlay technologies allow a wide range of updates to be installed for the base software applications included with an ITSM platform, while minimizing the risk of service disruptions in implementing upgrades or changes to the base software.

<u>U.S. Patent No. 9,363,252 – Additional "Mergeable Apps" Technology</u>

41.     On June 7, 2016, the USPTO duly and legally issued United States Patent No. 9,363,252 ("the '252 patent") entitled "Method for Customizing Software Applications."  BMC holds all substantial rights, title, and interest to the '252 patent.  A true and correct copy of the '252 patent is attached as Exhibit G.

42.     The '252 patent, a continuation of the related '652 patent, includes additional BMC technology for overlaying objects of a software application onto base objects of an ITSM system to allow customization or modification of the ITSM system.  The '252 patent includes additional technology for allowing numerous mergeable software apps to be seamlessly and efficiently integrated with an ITSM system using various object overlay technologies.  Like the '652 patent, the overlay technologies further allow a wide range of updates to be installed for the

base software applications included with an ITSM platform, while minimizing the risk of service disruptions in implementing upgrades or changes to the enterprise software.

## DEFENDANT'S ACTS OF INFRINGEMENT

43.     Defendant is unlawfully using BMC's patented technologies.   Indeed, each significant aspect of Defendant's businesses is built around the infringement of BMC's patents, and Defendant's website touts its offerings of ITSM technologies that are the subject of numerous BMC patents, including (i) CMDB Hierarchical Dynamic Inheritance, (ii) CMDB Federation, (iii) Metadata Driven Discovery Tools, (iv) Extensible Discovery Tools (v) Mid-Server Communications, (vi) Business Service Level Monitoring and Impact Visualization, and (vii) Mergeable Apps.

## DEFENDANT'S INFRINGING PRODUCTS[14]

44.     Cherwell has infringed, and continues to infringe, directly and indirectly through induced and/or contributory infringement, the asserted patents by making, having made, using, importing into, offering to sell, or selling in the United States, and/or providing installation, operational support, and instructions for one or more of the products identified in this Complaint, including Cherwell Service Management, Cherwell Service Management with Discovery and Inventory, FireScope Discovery and Dependency Mapping ("DDM"), FireScope Stratis Enterprise Monitoring ("Stratis"), Cherwell Service Management with DDM, and Cherwell Service Management with Stratis.  Further discovery may reveal additional infringing products and/or models.

## COUNT 1: INFRINGEMENT OF THE '586 PATENT

45.     Paragraphs 1 through 44 are incorporated by reference as if fully set forth herein.

---

[14] To the extent any accused infringing products have gone through name changes but were used or sold with the same accused features, earlier corresponding products under different names also are accused.

46.     On information and belief, Cherwell has directly infringed and will continue to infringe, directly and indirectly, through induced and/or contributory infringement, one or more claims of the '586 patent by making, using, offering to sell, selling, and/or providing installation, operational support, and instructions for infringing products, including the Cherwell Service Management product.

47.     For example, Cherwell has directly infringed one or more claims of the '586 patent by making, using, offering to sell, and/or selling a CMDB with the Cherwell Service Management product, in a manner that infringes the claims of the '586 patent.   Cherwell's CMDB infringes one or more claims of the '586 patent, including but not limited to claim 1,[15] by practicing a method for managing an enterprise, wherein the enterprise comprises one or more networked computer systems.   Cherwell's CMDB provides a hierarchical namespace in the form of objects that are instances of a defined class hierarchy schema.   For example, the Cherwell Object Manager depicts a CMDB schema having parent CI objects, and child objects including "Config—Computer," "Config—Mobile Device," etc.[16]

---

[15] BMC is identifying a representative claim.  *See, e.g., Panoptis Patent Management, LLC v. Blackberry Corporation,* 2017 U.S. Dist. LEXIS 27756 (E.D. Tex. Feb. 10, 2017).  BMC may assert other claims in conjunction with discovery in this district.  Further, BMC provided Cherwell with preliminary infringement contentions based on then-available information, as to these patents in July 2017.

[16] https://cherwellsupport.com/WebHelp/en/9.0/content/suite_features/business_objects/object_manager.html.



48.     A plurality of these objects is added to Cherwell's CMDB through the Cherwell

Service Management product, and these objects relate to software and hardware comprising the

IT resources in an enterprise.  Cherwell's CMDB objects are furthermore shared with computer

systems in the enterprise and elsewhere by way of Cherwell's user interface and other

application programming interfaces such as REST (Representational State Transfer) and SOAP

(Simple Object Access Protocol).  The objects stored in the CMDB also exhibit dynamic

inheritance, where changes made to traits in a prototype object are immediately inherited by

instance objects.

49.     On information and belief, Cherwell is inducing infringement, and will continue

to induce infringement, of one or more claims of the '586 patent for at least the following

reasons.  Defendant has had actual notice of the '586 patent no later than the filing of BMC's

initial complaint against Cherwell in April 2017.   Despite Defendant's actual notice of

infringement, Defendant continues to make, use, sell, offer to sell, and provide installation,

operational support, and instructions for infringing products, including the Cherwell Service

Management product, with the knowledge or willful blindness that its conduct will induce

customers to infringe the '586 patent.  Defendant engages in many activities that encourage its

customers (direct infringers) to infringe the '586 patent, including (i) advertising and promotion

efforts for the Cherwell Service Management product;[17] (ii) the publication of demonstrational

videos concerning the Cherwell Service Management product;[18] (iii) the publication of data

sheets that purport to describe alleged benefits customers will derive from embracing the

Cherwell Service Management product;[19] (iv) the publication of "white papers" that purport to

describe the alleged virtues of the Cherwell Service Management product;[20] (v) the publication

of alleged success stories involving customers who have embraced the Cherwell Service

Management product;[21] (vi) the publication both directly and indirectly through the training site,

Beyond20, including through the website http://www.beyond20.com/, of tutorial, demonstration,

and best practices instructional videos concerning the Cherwell Service Management product;[22]

and (vii) the provision of user forums (including in the Eastern District of Virginia), blogs, and

---

[17] https://www.cherwell.com/products/it-service-management;
http://www.infoadv.it/Documentazione/Brochures/DiscoveryInventory.pdf.
[18] *See, e.g.,* https://www.youtube.com/watch?v=-n_eI98HslY ("Cherwell & Discovery Dependency Mapping");
https://www.cherwell.com/products/it-service-management.
[19] *See, e.g.,* https://community.firescope.com/documentation/w/documentation/; https://cherwellsupport.com;
http://www.firescope.com/Resources.
[20] *See, e.g.,* https://www.cherwell.com/resources/ebooks-and-white-papers; http://www.firescope.com/Resources.
[21] *See, e.g.,* https://www.cherwell.com/resources/customer-success; http://www.firescope.com/Resources/.
[22] *See, e.g.,* https://www.youtube.com/watch?v=iWbLa3UAjI4&t=199s ("New Cherwell mApp by Beyond20: Email
Monitoring Log"); https://www.youtube.com/watch?v=-n_eI98HslY ("Cherwell & FireScope Discovery and
Dependency Mapping").

product documentation.[23]     Through these activities, Cherwell specifically intends that its customers directly infringe the '586 patent.

50.     On information and belief, Defendant Cherwell is contributorily infringing, and will continue to contributorily infringe, one or more claims of the '586 patent for at least the following reasons.  Defendant has had actual notice of the '586 patent no later than the filing of BMC's initial complaint against Cherwell in April 2017.  Defendant provides to its customers (direct infringers) components, such as the Cherwell Service Management product, that lack substantial non-infringing uses and that lead to infringement when combined with other portions of the Cherwell or FireScope platform and related products used by Defendant's customers. These infringing components are a material part of the Cherwell or FireScope platform and related products, which would not function properly without them.

51.     Defendant derives revenue from selling such infringing products.

## COUNT 2: INFRINGEMENT OF THE '222 PATENT

52.     Paragraphs 1 through 51 are incorporated by reference as if fully set forth herein.

53.     On information and belief, Cherwell directly infringes and will continue to infringe, directly and indirectly, through induced and/or contributory infringement, one or more claims of the '222 patent by making, using, offering to sell, selling, and/or providing installation, operational support, and instructions for infringing products, including the Cherwell Service Management product.

54.     For example, Cherwell has directly infringed one or more claims of the '222 patent, including but not limited to claim 1,[24] by making, using, offering to sell, and/or selling

---

[23] *See, e.g.,* https://www.cherwell.com/community/; *see* https://www.cherwell.com/community/c/e/402 (meeting in "Reston, VA")..

[24] BMC is identifying a representative claim.  *See, e.g., Panoptis Patent Management, LLC v. Blackberry Corporation,* 2017 U.S. Dist. LEXIS 27756 (E.D. Tex. Feb. 10, 2017).  BMC may assert other claims in conjunction

the Cherwell Service Management product, in a manner that infringes the claims of the '222 patent.   The Cherwell Service Management product consists of a computer processor programmed to perform a data federation method for a CMDB.

55.    The Cherwell Service Management product receives information from a CMDB client where the information comprises a selection of a federated data class.   The Cherwell Service Management product provides a client known as Cherwell Service Management ("CSM") Administrator, among other clients, that is used in conjunction with Cherwell's CMDB.   The CSM Administrator client provides the selection of a federated data class to the Cherwell Service Management product.   For example, when creating an external business object to link external data, the user selects a federated data class by identifying an external connection to connect to an external database and selecting a particular table or view to link to in Cherwell's CMDB using the External Data Wizard:[25]



---

with discovery in this district..   Further, BMC provided Cherwell with preliminary infringement contentions based on then-available information, as to these patents in July 2017.
[25] *See, e.g.,*
https://cherwellsupport.com/WebHelp/en/9.0/content/system_administration/database_tools/managing_external_con nections.html.

56.     In addition, the Cherwell Service Management product's External Connection Wizard is used to create connections to external data sources.   The Cherwell Service Management product receives information from a CMDB client; that information comprises interface connection information, wherein the interface connection information also comprises a selection of one or more join conditions.   For example, when creating an External Business Object, the Cherwell Service Management product receives information regarding join conditions that include a selection of fields that are one or more join conditions.   Those fields are used to relate the federated data class to a business object class in the Cherwell Service Management product's CMDB via, for example, mapping.   Likewise, when an External Business Object is created in the Cherwell Service Management product, the user can define how the Management Data Repository (MDR) can be queried.

57.     On information and belief, Cherwell is inducing infringement, and will continue to induce infringement, of the '222 patent for at least the following reasons.   Defendant has had actual notice of the '222 patent at least as of the filing of BMC's initial complaint against Cherwell in April 2017.   Despite Defendant's actual notice of infringement, Defendant continues to make, use, sell, offer to sell, and provide installation, operational support, and instructions for infringing products, including the Cherwell Service Management product, with the knowledge or willful blindness that its conduct will induce customers to infringe the '222 patent.   Defendant engages in many activities that encourage its customers to infringe the '222 patent, including (i) advertising and promotion efforts for the Cherwell Service Management product;[26] (ii) the

---

[26] *See, e.g.,*
https://cherwellsupport.com/WebHelp/en/9.0/content/system_administration/database_tools/managing_external_connections.html.

publication of demonstrational videos concerning the Cherwell Service Management product;[27] (iii) the publication of data sheets that purport to describe alleged benefits customers will derive from embracing the Cherwell Service Management product;[28] (iv) the publication of "white papers" that purport to describe the alleged virtues of the Cherwell Service Management product;[29] (v) the publication of alleged success stories involving customers who have embraced the Cherwell Service Management product;[30] (vi) the publication both directly and indirectly through Beyond20, including through the website http://www.beyond20.com/, of tutorial, demonstration, and best practices instructional videos concerning Cherwell Service Management product;[31] and (vii) the provision of user forums (including in the Eastern District of Virginia) blogs, and product documentation.[32] Through these activities, Cherwell specifically intends that its customers directly infringe the '222 patent.

58.   On information and belief, Cherwell is contributorily infringing, and will continue to contributorily infringe, the '222 patent for at least the following reasons.  Defendant has had actual notice of the '222 patent no later than the filing of BMC's initial complaint against Cherwell in April 2017.  Cherwell provides to its customers (direct infringers) components, such as the Cherwell Service Management product, that lack substantial non-infringing uses and that lead to infringement when combined with other portions of the Cherwell or FireScope platforms and related products used by customers.  These infringing components are a material part of the

---

[27] *See, e.g.,* https://www.youtube.com/watch?v=-n_eI98HslY ("Cherwell & Discovery Dependency Mapping"); https://www.youtube.com/watch?v=8-PW2m9P7ro ("Cherwell Asset Intelligence:"); https://www.youtube.com/watch?v=5I_9NoFemo4 ("FireScope IT and Business Data Blending").
[28] *See, e.g.,* https://community.firescope.com/documentation/w/documentation/; https://cherwellsupport.com; http://www.firescope.com/Resources/.
[29] *See, e.g.,* https://www.cherwell.com/resources/ebooks-and-white-papers/; http://www.firescope.com/Resources/.
[30] *See, e.g.,* https://www.cherwell.com/resources/customer-success; http://www.firescope.com/Resources/.
[31] *See, e.g.,* https://www.youtube.com/watch?v=iWbLa3UAjI4&t=199s ("New Cherwell mApp by Beyond20: Email Monitoring Log"); https://www.youtube.com/watch?v=-n_eI98HslY ("Cherwell & FireScope Discovery and Dependency Mapping").
[32] *See, e.g.,* https://www.cherwell.com/community/; https://community.firescope.com/; *see* https://www.cherwell.com/community/c/e/402 (meeting in "Reston, VA")..

Cherwell or FireScope platforms and related products, which would not function properly without them.

59. Defendant derives revenue from selling its infringing products.

## COUNT 3: INFRINGEMENT OF THE '898 PATENT

60. Paragraphs 1 through 59 are incorporated by reference as if fully set forth herein.

61. On information and belief, Cherwell directly infringes and will continue to infringe, directly and indirectly, through induced and/or contributory infringement, one or more claims of the '898 patent by making, using, offering to sell, selling, importing, and/or providing installation, operational support, and instructions for infringing products, including the Cherwell Service Management, Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products.

62. For example, Cherwell has directly infringed one or more claims of the '898 patent by making, using, offering to sell, selling and/or importing the Cherwell Service Management with Discovery and Inventory product, in a manner that infringes the claims of the '898 patent. For example, the product infringes one or more claims of the '898 patent, including but not limited to claim 1,[33] through its metadata driven architecture for collecting and processing performance management data about the IT resources of an enterprise in a Cherwell database and allowing visualizations to be displayed regarding those IT resources based on the data. As described in Cherwell documentation, "Cherwell products are meta-data driven designed, which is one of the most powerful tools at the disposal of IT professionals . . .

---

[33] BMC is identifying a representative claim. *See, e.g., Panoptis Patent Management, LLC v. Blackberry Corporation,* 2017 U.S. Dist. LEXIS 27756 (E.D. Tex. Feb. 10, 2017). BMC may assert other claims in conjunction with discovery in this district.. Further, BMC provided Cherwell with preliminary infringement contentions based on then-available information, as to these patents in July 2017.

Cherwell customers are afforded extreme flexibility of configuration and customization."[34]   The

Cherwell "Metadata layer" is shown in the below figure.



63.     Performance management data may be collected, for example, in an enterprise

and communicated to a Cherwell server in the cloud.[35]   The data has accompanying metadata,

which define the data and indicate operations to be performed, including but not limited to

appropriately processing the data for a Cherwell database or other operations on the collected

data.  Further, the product generates output data for display.  The product provides an interface

for viewing output data for display using the collected data, which allows, for example, a user to

visually see how IT resources in the enterprise are performing, including visually seeing the

upstream and downstream impacts of changes to their infrastructure as shown in the exemplary

figure below:[36]

---

[34] https://it.uoregon.edu/system/files/Cherwell_Integration_Security.pptx.
[35] *See, e.g.,* http://www.infoadv.it/Documentazione/Brochures/DiscoveryInventory.pdf.
[36] http://www.infoadv.it/Documentazione/Brochures/DiscoveryInventory.pdf.



64.     In addition, Cherwell has directly infringed one or more claims of the '898 patent by making, using, offering to sell, selling and/or importing the Cherwell Service Management product in a manner that infringes the claims of the '898 patent.  For example, that product infringes one or more claims of the '898 patent, including but not limited to claim 1,[37] based on the same or similar functionality discussed above with respect to Cherwell Service Management with Discovery and Inventory product.  Cherwell Service Management is "metadata driven," as described above.   Further, the Cherwell Service Management product collects performance management data from a variety of sources, including from FireScope, other Cherwell products, and other sources.   The data has accompanying metadata, which define the data and indicate operations to be performed, including but not limited to appropriately processing the data for a Cherwell database or other operations on the collected data.   Further, Cherwell Service Management generates output data for display.   Cherwell Service Management allows visualizations based on the data as shown, for example, in the preceding paragraph.

---

[37] BMC is identifying a representative claim.  *See, e.g., Panoptis Patent Management, LLC v. Blackberry Corporation,* 2017 U.S. Dist. LEXIS 27756 (E.D. Tex. Feb. 10, 2017).  BMC may assert other claims in conjunction with discovery in this district..  Further, BMC provided Cherwell with preliminary infringement contentions based on then-available information, as to these patents in July 2017.

65.    In addition, Cherwell has directly infringed one or more claims of the '898 patent by making, using, offering to sell, selling, and/or importing the FireScope DDM and Stratis products, in a manner that infringes the claims of the '898 patent.  For example, these products infringe one or more claims of the '898 patent, including but not limited to claim 6,[38] by facilitating service management over a plurality of components such as IT resources within an enterprise, including servers, network equipment, *etc.*, through the collection of different types of data associated with the IT resources in the manner claimed in the '898 patent.  These products employ a method for providing an interface between a user and a performance management system connected to a network.  The Firescope DDM and Stratis products receive a script-based program from the user, which can be integrated into the system as a "service monitor" to periodically collect data types not provided "out of the box" with the ITSM system.  FireScope products are said to be as "capable of being extended to collect your own custom metrics" using a script-based program received from a user.[39]  On information and belief, the same or similar functionality discussed above is present in both the FireScope DDM and FireScope Stratis products.[40]

66.    On information and belief, Cherwell induces infringement, and will continue to induce infringement, of one or more claims of the '898 patent for at least the following reasons. Defendant has had actual notice of the '898 patent no later than the filing of BMC's initial complaint against Cherwell in April 2017.  Despite actual notice of infringement, Defendant continues to make, use, sell, offer to sell, import, and provide installation, operational support,

---

[38] BMC is identifying a representative claim.  *See, e.g., Panoptis Patent Management, LLC v. Blackberry Corporation,* 2017 U.S. Dist. LEXIS 27756 (E.D. Tex. Feb. 10, 2017).  BMC may assert other claims in conjunction with discovery in this district.
[39] *See, e.g.,* https://community.firescope.com/documentation/w/documentation/491.agent-extension; https://community.firescope.com/documentation/w/documentation/676.agent-extension.
[40] *See generally* https://www.cherwell.com/company/newsroom/press-releases/2016/06/cherwell-software-and-firescope-announce-discovery-and-dependency-mapping-solution; https://www.cherwell.com/products/it-service-management.

and instructions for infringing products, including the Cherwell Service Management, Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products, with the knowledge or willful blindness that its conduct will induce customers to infringe the '898 patent.  Defendant engages in many activities that encourage its customers (direct infringers) to infringe the '898 patent, including (i) advertising and promotion efforts for the Cherwell Service Management, Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products;[41] (ii) the publication of demonstrational videos concerning the Cherwell Service Management, Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products;[42] (iii) the publication of data sheets that purport to describe alleged benefits customers will derive from embracing the Cherwell Service Management, Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products;[43] (iv) the publication of "white papers" that purport to describe the alleged virtues of the Cherwell Service Management, Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products;[44] (v) the publication of alleged success stories involving customers who have embraced the Cherwell Service Management, Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products;[45] (vi) the publication both directly and indirectly through Beyond20, including through the website

---

[41] *See, e.g.,* https://it.uoregon.edu/system/files/Cherwell_Integration_Security.pptx;
http://www.infoadv.it/Documentazione/Brochures/DiscoveryInventory.pdf;
https://community.firescope.com/documentation/w/documentation/491.agent-
extension;https://community.firescope.com/documentation/w/documentation/676.agent-extension.
[42] *See, e.g.,* https://www.youtube.com/watch?v=-n_eI98HslY ("Cherwell & Discovery Dependency Mapping");
https://www.youtube.com/watch?v=8-PW2m9P7ro ("Cherwell Asset Intelligence:");
https://www.youtube.com/watch?v=5I_9NoFemo4 ("FireScope IT and Business Data Blending");
https://www.cherwell.com/products/it-service-management.
[43] *See, e.g.,* https://community.firescope.com/documentation/w/documentation/; https://cherwellsupport.com;
http://www.firescope.com/Resources/.
[44] *See, e.g.,* https://www.cherwell.com/uk/resources/ebooks-and-white-papers/;
http://www.firescope.com/Resources/.
[45] *See, e.g.,* https://www.cherwell.com/resources/customer-success; http://www.firescope.com/Resources/.

http://www.beyond20.com/, of tutorial, demonstration, and best practices instructional videos concerning the Cherwell Service Management, Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products;[46] and (vii) the provision of user forums (including in the Eastern District of Virginia) blogs, and product documentation.[47] Through these activities, Defendant specifically intends that customers directly infringe the '898 patent.

67.      On information and belief, Cherwell contributorily infringes and will continue to contributorily infringe one or more claims of the '898 patent for at least the following reasons. Defendant has had actual notice of the '898 patent no later than the filing of BMC's initial complaint against Cherwell in April 2017.    Defendant provides to its customers (direct infringers) components, such as the Cherwell Service Management, Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products, that lack substantial non-infringing uses and that lead to infringement when combined with other portions of the Cherwell or FireScope platform and related products used by customers.   These infringing components are a material part of the Cherwell or FireScope platform and related products, which would not function properly without them.

68.      Defendant derives revenue from selling such infringing products.

## COUNT 4: INFRINGEMENT OF THE '783 PATENT

69.      Paragraphs 1 through 68 are incorporated by reference as if fully set forth herein.

70.      On information and belief, Cherwell has directly infringed and will continue to infringe, directly and indirectly, through induced and/or contributory infringement, one or more

---

[46] *See, e.g.,* https://www.youtube.com/watch?v=iWbLa3UAjI4&t=199s ("New Cherwell mApp by Beyond20: Email Monitoring Log"); https://www.youtube.com/watch?v=-n_eI98HslY ("Cherwell & FireScope Discovery and Dependency Mapping").

[47] *See, e.g.,* https://www.cherwell.com/community/; https://community.firescope.com/; *see* https://www.cherwell.com/community/c/e/402 (meeting in "Reston, VA").

claims of the '783 patent by making, using, offering to sell, selling, importing, and/or providing installation, operational support, and/or instructions for infringing products, including the Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products.

71.      Cherwell has directly infringed one or more claims of the '783 patent by making, using, offering to sell, selling, and/or importing instances of the Cherwell Service Management with Discovery and Inventory product, in a manner that infringes the claims of the '783 patent. As examples, this product infringes one or more claims of the '783 patent, including but not limited to claim 1,[48] because data that may be collected inside an enterprise is communicated from a "Scanning/Scheduling Server" or other computer inside the enterprise to a "Cherwell SaaS server" or other portal computer according to a one-way protocol such as HTTP or HTTPS as shown in the Cherwell Figure below:[49]

---

[48] BMC is identifying a representative claim. *See, e.g., Panoptis Patent Management, LLC v. Blackberry Corporation,* 2017 U.S. Dist. LEXIS 27756 (E.D. Tex. Feb. 10, 2017).  BMC may assert other claims in conjunction with discovery in this district..  Further, BMC provided Cherwell with preliminary infringement contentions based on then-available information, as to these patents in July 2017.

[49] *See* http://www.infoadv.it/Documentazione/Brochures/DiscoveryInventory.pdf.



Figure 1 – The Cherwell Discovery/Inventory approach

72.     Further, the "Cherwell SaaS server" or other portal computer further responds to the "Scanning/Scheduling Server" or other computer inside the enterprise with configuration control data, as claimed in the '783 patent, which is used to configure software executing at the computer inside the enterprise firewall, and closes the connection.

73.     Cherwell has directly infringed one or more claims of the '783 patent by making, using, offering to sell, selling, and/or importing instances of the FireScope DDM and FireScope Stratis products, in a manner that infringes the claims of the '783 patent.  As examples, these products infringe one or more claims of the '783 patent, including but not limited to claim 1,[50] because data is collected using these products inside an enterprise and communicates the data from a computer (such as an Edge device) inside the enterprise to an Elastic Application

---

[50] BMC is identifying a representative claim.  *See, e.g., Panoptis Patent Management, LLC v. Blackberry Corporation,* 2017 U.S. Dist. LEXIS 27756 (E.D. Tex. Feb. 10, 2017).  BMC may assert other claims in conjunction with discovery in this district..

Component (EAC) or other portal computer according to a one-way protocol as claimed in the '783 patent (such as HTTP or HTTPS) as shown in FireScope's documentation:[51]



74.     The EAC or other portal computer further responds with configuration control data, as claimed in the '783 patent, which is used to configure software executing at the computer inside the firewall of the enterprise, and closes the connection.  On information and belief, the same or similar functionality discussed above is present in both the FireScope DDM

---

[51] http://www.firescope.com/resources/FireScope%20IT%20Operations.pdf;
https://community.firescope.com/documentation/w/documentation/638.edge-device;
https://community.firescope.com/documentation/w/documentation/372.system-requirements.

and FireScope Stratis products.[52]

75. On information and belief, Cherwell is inducing infringement and will continue to induce infringement of one or more claims of the '783 patent for at least the following reasons. Defendant has had actual notice of the '783 patent at least as of the filing of BMC's initial complaint against Cherwell in April 2017. Despite Defendant's actual notice of infringement, Defendant continues to make, use, sell, offer to sell, import, and/or provide installation, operational support, and instructions for infringing products, including the Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products, with the knowledge or willful blindness that its conduct will induce customers to infringe the '783 patent. Defendant engages in many activities that encourage its customers (direct infringers) to infringe the '783 patent, including (i) advertising and promotion efforts for the Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products;[53] (ii) the publication of demonstrational videos concerning the Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products;[54] (iii) the publication of data sheets that purport to describe alleged benefits customers will derive from embracing the Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products;[55] (iv) the publication of "white papers" that purport to describe the alleged virtues of the Cherwell Service Management with Discovery and Inventory,

---

[53] *See, e.g.,* https://it.uoregon.edu/system/files/Cherwell_Integration_Security.pptx;
http://www.infoadv.it/Documentazione/Brochures/DiscoveryInventory.pdf;
http://www.firescope.com/resources/FireScope%20IT%20Operations.pdf;
https://community.firescope.com/documentation/w/documentation/638.edge-device;
https://community.firescope.com/documentation/w/documentation/372.system-requirements.
[54] *See, e.g.,* https://www.youtube.com/watch?v=-n_eI98HslY ("Cherwell & Discovery Dependency Mapping");
https://www.youtube.com/watch?v=8-PW2m9P7ro ("Cherwell Asset Intelligence:");
https://www.youtube.com/watch?v=5I_9NoFemo4 ("FireScope IT and Business Data Blending").
[55] *See, e.g.,* https://community.firescope.com/documentation/w/documentation/; https://cherwellsupport.com;
http://www.firescope.com/Resources/.

FireScope DDM, and FireScope Stratis products;[56] (v) the publication of alleged success stories involving customers who have embraced the Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products;[57] (vi) the publication both directly and indirectly through Beyond20, including through the website http://www.beyond20.com/, of tutorial, demonstration, and best practices instructional videos concerning the Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products;[58] and (vii) the provision of user forums (including in the Eastern District of Virginia) blogs, and product documentation.[59] Through at least these activities, Defendant specifically intends that its customers directly infringe the '783 patent.

76.     On information and belief, Cherwell is contributorily infringing and will continue to contributorily infringe one or more claims of the '783 patent for at least the following reasons. Defendant has had actual notice of the '783 patent no later than the filing of BMC's initial complaint against Cherwell in April 2017.   Defendant provides to its customers (direct infringers) components, such as the Cherwell Service Management with Discovery and Inventory, FireScope DDM, and FireScope Stratis products that lack substantial non-infringing uses and that lead to infringement when combined with other portions of Cherwell or FireScope platform and related products used by Defendant's customers.   These infringing components are a material part of the Cherwell or FireScope platform and related products, which would not function properly without them.

77.     Defendant derives revenue from selling such infringing products.

---

[56] *See, e.g.,* https://www.cherwell.com/uk/resources/ebooks-and-white-papers/;
http://www.firescope.com/Resources/.
[57] *See, e.g.,* https://www.cherwell.com/resources/customer-success; http://www.firescope.com/Resources/.
[58] *See, e.g.,* https://www.youtube.com/watch?v=iWbLa3UAjI4&t=199s ("New Cherwell mApp by Beyond20: Email Monitoring Log"); https://www.youtube.com/watch?v=-n_eI98HslY ("Cherwell & FireScope Discovery and Dependency Mapping").
[59] *See, e.g.,* https://www.cherwell.com/community/; https://community.firescope.com/; *see* https://www.cherwell.com/community/c/e/402 (meeting in "Reston, VA").

## COUNT 5: INFRINGEMENT OF THE '857 PATENT

78.    Paragraphs 1 through 77 are incorporated by reference as if fully set forth herein.

79.    On information and belief, Cherwell directly infringes and will continue to infringe, directly and indirectly, through induced and/or contributory infringement, one or more claims of the '857 patent by making, using, offering to sell, selling, and/or providing installation, operational support, and instructions for infringing products, including the Cherwell Service Management with Discovery and Inventory, Cherwell Service Management with FireScope DDM, and Cherwell Service Management with FireScope Stratis products.

80.    For example, Cherwell directly infringes one or more claims of the '857 patent, including but not limited to claim 1.[60]   The Cherwell Service Management with Discovery and Inventory, Cherwell Service Management with FireScope DDM, and Cherwell Service Management with FireScope Stratis products discover, reconcile, and store information (such as assets on a network) in the Cherwell CMDB, as the exemplary illustration describes below:[61]

---

### About Cherwell Discovery and Inventory

Cherwell Discovery and Inventory™ (CDI), formerly called Cherwell Asset Intelligence (CAI), is an add-on to Cherwell Service Management (CSM) that allows for agent-less scanning of IP-based assets on your network, with the overall goal of populating your Configuration Management Database (CMDB), and keeping it up to date. There are two distinct processes that comprise a CDI asset scan: Discovery and Inventory.

**Note:** Currently, CSM inventories Windows and Macintosh computers, installed software, routers, printers, and switches. CDI does not inventory network drives, Linux systems, etc.

Discovery and Inventory are executed by the Cherwell Configuration Scheduling Service, which is a Windows service generally installed when the Cherwell Application Server is installed. The Configuration Scheduling Service passes data to the Cherwell Application Server (like any other client), where data is stored for the database. The operation in progress determines which data goes where in the database.

**Note:** Install multiple instances of the Configuration Scheduling Service, which might be necessary if the server does not have access to the network to be scanned (ex: If running in a SaaS environment and the hosted server cannot talk to the network). Additional scanners might be needed to work around VPN issues because VPNs often block ports required for scanning.

---

[60] BMC is identifying a representative claim.  *See, e.g., Panoptis Patent Management, LLC v. Blackberry Corporation,* 2017 U.S. Dist. LEXIS 27756 (E.D. Tex. Feb. 10, 2017).  BMC may assert other claims in conjunction with discovery in this district..  Further, BMC provided Cherwell with preliminary infringement contentions based on then-available information, as to these patents in July 2017.

[61] *See, e.g.,* https://cherwellsupport.com/WebHelp/en/8.2/content/mapps_and_integrations/csm_intergrations/about_cherwell_discovery_and_inventory.html.

81.     In addition, the Cherwell Service Management with Discovery and Inventory, Cherwell Service Management with FireScope DDM, and Cherwell Service Management with FireScope Stratis products provide service model editors that accept queries from users and show impact relationships between, for example, assets on a network, as described below:[62]

## About Visualizations

A Visualization is an interactive graphical representation of related data, represented as a relationship chain with colored nodes (boxes) and links (arrows). Defined alerts can also be added to indicate potential risk. Use Visualizations to graphically view any type of Relationship in CSM, including:

- Relationships between Configuration Items (CIs) to assess potential risks for an Incident or Change.
- Relationships between personnel (ex: Executive, manager, technician).
- Relationships between Service Level Agreements (SLAs), Operational Level Agreements (OLAs), Configuration Items, Underpinning Contracts, and Services.

The following example Visualization is a Configuration Map that shows a Task's relational data:

82.     The following provides an aspect of the Cherwell Service Management product that shows a service model as recited in claim 1 of the '857 patent:[63]



---

[62] *See, e.g.,*
https://cherwellsupport.com/WebHelp/en/8.3/content/suite_features/visualizations/about_visualizations.html.
[63] *See, e.g.,*
https://cherwellsupport.com/WebHelp/en/8.3/content/suite_features/visualizations/tour_a_visualization.html.

83.    As yet another example, Firescope DDM and Firescope Stratis provide a service model as recited in claim 1 of the '857 patent:[64]





84.     Cherwell and FireScope allow for the impact relationships as discussed above to be managed by a user, and Cherwell and FireScope update information in the CMDB to reflect impact relationships, as recited in claim 1 of the '857 patent.

85.     On information and belief, Cherwell induces infringement and will continue to induce infringement of the '857 patent for at least the following reasons.  Defendant has had actual notice of the '857 patent at least as of the filing of BMC's initial complaint against Cherwell in April 2017.  Despite Cherwell's actual notice of infringement, Cherwell continues to make, use, sell, offer to sell, and provide installation, operational support, and instructions for infringing products, including the Cherwell Service Management with Discovery and Inventory, Cherwell Service Management with FireScope DDM, and Cherwell Service Management with FireScope Stratis products, with the knowledge or willful blindness that its conduct will induce customers to infringe the '857 patent.  Defendant engages in many activities that encourage its customers to infringe the '857 patent, including (i) advertising and promotion efforts for the Cherwell Service Management with Discovery and Inventory, Cherwell Service Management with FireScope DDM, and Cherwell Service Management with FireScope Stratis products;[65] (ii) the publication of demonstrational videos concerning the Cherwell Service Management with Discovery and Inventory, Cherwell Service Management with FireScope DDM, and Cherwell Service Management with FireScope Stratis products;[66] (iii) the publication of data sheets that purport to describe alleged benefits customers will derive from embracing the Cherwell Service Management with Discovery and Inventory, Cherwell Service Management with FireScope

---

[65] *See, e.g.*, http://www.firescope.com/Products/DDM/;
https://cherwellsupport.com/WebHelp/en/8.3/content/suite_features/visualizations/about_visualizations.html;
https://cherwellsupport.com/WebHelp/en/8.3/content/suite_features/visualizations/tour_a_visualization.html..
[66] *See, e.g.,* https://www.youtube.com/watch?v=-n_eI98HslY ("Cherwell & Discovery Dependency Mapping");
https://www.youtube.com/watch?v=8-PW2m9P7ro ("Cherwell Asset Intelligence:").

DDM, and Cherwell Service Management with FireScope Stratis products;[67] (iv) the publication of "white papers" that purport to describe the alleged virtues of the Cherwell Service Management with Discovery and Inventory, Cherwell Service Management with FireScope DDM, and Cherwell Service Management with FireScope Stratis products;[68] (v) the publication of alleged success stories involving customers who have embraced the Cherwell Service Management with Discovery and Inventory, Cherwell Service Management with FireScope DDM, and Cherwell Service Management with FireScope Stratis products;[69] (vi) the publication both directly and indirectly through Beyond20, including through the website http://www.beyond20.com/, of tutorial, demonstration, and best practices instructional videos concerning the Cherwell Service Management with Discovery and Inventory, Cherwell Service Management with FireScope DDM, and Cherwell Service Management with FireScope Stratis products;[70] and (vii) the provision of user forums (including in the Eastern District of Virginia) blogs, and product documentation.[71]  Through these activities, Cherwell specifically intends that its customers directly infringe the '857 patent.

86.    On information and belief, Cherwell contributorily infringes, and will continue to contributorily infringe, the '857 patent for at least the following reasons.  Defendant has had actual notice of the '857 patent no later than the filing of BMC's initial complaint against Cherwell in April 2017.  Cherwell provides to its customers (direct infringers) components, such as the Cherwell Service Management with Discovery and Inventory, Cherwell Service

---

[67] *See, e.g.,* https://community.firescope.com/documentation/w/documentation/; https://cherwellsupport.com; http://www.firescope.com/Resources/.

[68] *See, e.g.,* https://www.cherwell.com/resources/ebooks-and-white-papers/; http://www.firescope.com/Resources/.

[69] *See, e.g.,* https://www.cherwell.com/resources/customer-success; http://www.firescope.com/Resources/.

[70] *See, e.g.,* https://www.youtube.com/watch?v=iWbLa3UAjI4&t=199s ("New Cherwell mApp by Beyond20: Email Monitoring Log"); https://www.youtube.com/watch?v=-n_eI98HslY ("Cherwell & FireScope Discovery and Dependency Mapping").

[71] *See, e.g.,* https://www.cherwell.com/community/; *see* https://www.cherwell.com/community/c/e/402 (meeting in "Reston, VA").

Management with FireScope DDM, and Cherwell Service Management with FireScope Stratis products, that lack substantial non-infringing uses and that lead to infringement when combined with other portions of the Cherwell or FireScope platform and related products used by customers.  These infringing components are a material part of the Cherwell or FireScope platform and related products, which would not function properly without them.

87.   Defendant derives revenue from selling such infringing products.

## COUNT 6: INFRINGEMENT OF THE '652 PATENT

88.   Paragraphs 1 through 87 are incorporated by reference as if fully set forth herein.

89.   On information and belief, Cherwell directly infringes and will continue to infringe, directly and indirectly, through induced and/or contributory infringement, one or more claims of the '652 patent by making, using, offering to sell, selling, importing and/or providing installation, operational support, and instructions for infringing products, including the Cherwell Service Management product.

90.   For example, Cherwell has directly infringed one or more claims  of the '652 patent by making, using, offering to sell, selling and/or importing the Cherwell Service Management product, in a manner that infringes the claims of the '652 patent.  For example, the Cherwell Service Management product infringes one or more claims of the '652 patent, including but not limited to claim 16.[72]  Cherwell includes a processor and a datastore, coupled to the processor, comprising a plurality of software application base objects and a plurality of software application overlaid objects.   The datastore also stores a software application comprising a software application base object and a runtime environment.   An overlaid object

---

[72] BMC is identifying a representative claim.  *See, e.g., Panoptis Patent Management, LLC v. Blackberry Corporation,* 2017 U.S. Dist. LEXIS 27756 (E.D. Tex. Feb. 10, 2017).  BMC may assert other claims in conjunction with discovery in this district..  Further, BMC provided Cherwell with preliminary infringement contentions based on then-available information, as to these patents in July 2017.

may come from, for example, a mergeable application ("mApp") or other software modification, and each overlaid object is configured to change a construct definition of a corresponding base object. For example, certain definitions can be added through merge or overwrite actions associated with mApps, as described in the exemplary documentation below.[73]

## What is a mApp?

mApp™ solutions are "mergeable applications." A mApp solution contains definitions and data that can be merged into an existing Cherwell Service Management installation to add functionality, based on various instructions included in the mApp solution. When the administrator of the target system applies a mApp, he or she chooses how to apply the mApp, either accepting or overriding the defaults of the mApp.

### Configure Merge Actions for Business Object Definitions

Merge actions determine how the system definitions in a mApp are merged into a target system when a mApp is applied. Use the Add Business Object to mApp Wizard as a convenient method of defining merge actions for Business Objects and their associated Fields, Relationships, Forms, Grids, and Form Arrangements. The definitions added to a mApp using the wizard are imported into a target system when the mApp is applied, and the merge actions you select are applied to the definitions in the target system if they already exist. You can select from the following basic merge actions:

- Overwrite All: Overwrites all of the existing definitions of a particular type (ex: All Fields) in the target system, or adds them if they are not already there.

- Do Not Overwrite Any: Leaves all of the definitions of a particular type (ex: All Fields) in the target system unchanged (does not overwrite or add the definitions).

- Overwrite some (the *Let me choose* option in the wizard): Overwrites the selected definitions of a particular type (ex: Only the Fields you select).

91.     The Cherwell Service Management product, which executes in an interpreted or compiled environment, selects a first software application overlaid object of the plurality of software application overlaid objects associated with the first application base object and executes the first software application overlaid object instead of the first application base object.

92.     On information and belief, Cherwell is inducing infringement and will continue to induce infringement of one or more claims of the '652 patent for at least the following reasons. Defendant has had actual notice of the '652 patent at least as of the filing of BMC's initial complaint against Cherwell in April 2017. Despite Defendant's actual notice of infringement,

---

[73] *See, e.g.,* https://www.cherwell.com/community/m/mapp-exchange-documents/50/download; https://cherwellsupport.com/webhelp/en/8.0/17394.htm.

Defendant continues to make, use, sell, offer to sell, and provide installation, operational support, and instructions for infringing products, including the Cherwell Service Management product, with the knowledge or willful blindness that its conduct will induce customers to infringe the '652 patent.  Defendant engages in many activities that encourage its customers to infringe the '652 patent, including (i) advertising and promotion efforts for the Cherwell Service Management product;[74] (ii) the publication of demonstrational videos concerning the Cherwell Service Management product;[75] (iii) the publication of data sheets that purport to describe alleged benefits customers will derive from embracing the Cherwell Service Management product;[76] (iv) the publication of "white papers" that purport to describe the alleged virtues of the Cherwell Service Management product;[77] (v) the publication of alleged success stories involving customers who have embraced the Cherwell Service Management product;[78] (vi) the publication both directly and indirectly through Beyond20, including through the website http://www.beyond20.com/, of tutorial, demonstration, and best practices instructional videos concerning the Cherwell Service Management product;[79] and (vii) the provision of user forums (including in the Eastern District of Virginia) blogs, and product documentation.[80]   Through

---

[74] *See, e.g.,* https://www.cherwell.com/community/m/mapp-exchange-documents/50/download; https://cherwellsupport.com/webhelp/en/8.0/17394.htm; https://www.cherwell.com/uk/wp-content/.../Cherwell-Whitepaper-Codeless-ITSM.pdf; https://www.cherwell.com/community/m/mapp-exchange-documents/50/download.

[75] *See, e.g.,* https://www.youtube.com/watch?v=cFH_gXrIIxM ("How to Apply a mApp in Cherwell"); https://www.youtube.com/watch?v=Im9lM826N1w ("Cherwell mApp Solutions—Innovate without Building from Scratch").

[76] *See, e.g.,* https://community.firescope.com/documentation/w/documentation/; https://cherwellsupport.com; http://www.firescope.com/Resources/.

[77] *See, e.g.,* https://www.cherwell.com/uk/resources/ebooks-and-white-papers/; http://www.firescope.com/Resources/.

[78] *See, e.g.,* https://www.cherwell.com/resources/customer-success; http://www.firescope.com/Resources/.

[79] *See, e.g.,* https://www.youtube.com/watch?v=iWbLa3UAjI4&t=199s ("New Cherwell mApp by Beyond20: Email Monitoring Log"); https://www.youtube.com/watch?v=-n_eI98HslY ("Cherwell & FireScope Discovery and Dependency Mapping").

[80] *See, e.g.,* https://www.cherwell.com/community/; https://community.firescope.com/; *see* https://www.cherwell.com/community/c/e/402 (meeting in "Reston, VA").

these activities, Defendant specifically intends that its customers directly infringe the '652 patent.

93.     On information and belief, Cherwell is contributorily infringing and will continue to contributorily infringe one or more claims of the '652 patent for at least the following reasons. Defendant has had actual notice of the '652 patent no later than the filing of BMC's initial complaint against Cherwell in April 2017.  Defendant provides to customers (direct infringers) components, such as the Cherwell Service Management product, that lack substantial non-infringing uses and that lead to infringement when combined with other portions of the Cherwell or FireScope platform and related products used by customers.  These infringing components are a material part of the Cherwell or FireScope platform and related products, which would not function properly without them.

94.     Defendant derives revenue from selling such infringing products.

## COUNT 7: INFRINGEMENT OF THE '252 PATENT

95.     Paragraphs 1 through 94 are incorporated by reference as if fully set forth herein.

96.     On information and belief, Cherwell directly infringes and will continue to infringe, directly and indirectly, through induced and/or contributory infringement, one or more claims of the '252 patent by making, using, offering to sell, selling, importing and/or providing installation, operational support, and instructions for infringing products, including the Cherwell Service Management product.

97.     For example, Cherwell has directly infringed one or more claims of the '252 patent by making, using, offering to sell, selling and/or importing Cherwell Service Management, in a manner that infringes the claims of the '252 patent.  For example, the Cherwell Service Management product infringes one or more claims of the '252 patent,

including but not limited to claim 17.[81]   Cherwell includes a processor, a datastore, coupled to the processor, comprising a plurality of software application base objects and a plurality of software application overlaid objects.   Cherwell also includes a software application, stored in the datastore, including a software application base object and a runtime environment.   An overlaid object may come from, for example, a mergeable application ("mApp") or other software modification and may be configured to change a corresponding base object while preserving customizations associated with the plurality of software application overlaid objects desired by a user, as described in more detail above in connection with the '652 patent and in the documentation below:[82]

## What is a mApp?

mApp™ solutions are "mergeable applications." A mApp solution contains definitions and data that can be merged into an existing Cherwell Service Management installation to add functionality, based on various instructions included in the mApp solution. When the administrator of the target system applies a mApp, he or she chooses how to apply the mApp, either accepting or overriding the defaults of the mApp.

### Configure Merge Actions for Business Object Definitions

Merge actions determine how the system definitions in a mApp are merged into a target system when a mApp is applied. Use the Add Business Object to mApp Wizard as a convenient method of defining merge actions for Business Objects and their associated Fields, Relationships, Forms, Grids, and Form Arrangements. The definitions added to a mApp using the wizard are imported into a target system when the mApp is applied, and the merge actions you select are applied to the definitions in the target system if they already exist. You can select from the following basic merge actions:

- Overwrite All: Overwrites all of the existing definitions of a particular type (ex: All Fields) in the target system, or adds them if they are not already there.

- Do Not Overwrite Any: Leaves all of the definitions of a particular type (ex: All Fields) in the target system unchanged (does not overwrite or add the definitions).

- Overwrite some (the *Let me choose* option in the wizard): Overwrites the selected definitions of a particular type (ex: Only the Fields you select).

---

[81] BMC is identifying a representative claim.  *See, e.g., Panoptis Patent Management, LLC v. Blackberry Corporation,* 2017 U.S. Dist. LEXIS 27756 (E.D. Tex. Feb. 10, 2017).  BMC may assert other claims in conjunction with discovery in this district..  Further, BMC provided Cherwell with preliminary infringement contentions based on then-available information, as to these patents in July 2017.

[82] *See, e.g.,* https://www.cherwell.com/community/m/mapp-exchange-documents/50/download; https://cherwellsupport.com/webhelp/en/8.0/17394.htm.

98.     The Cherwell Service Management product determines a user authorization associated with the use of a first software application overlaid object based on a permission associated with a first overlay group.  By way of example, only certain users have authorization to configure the software application to execute using an overlaid object associated with an mApp or other software modification.[83]   After a user authorization is determined, the Cherwell Service Management product may configure the application to execute using the overlaid object and the corresponding base object, as claimed in the '252 patent.

99.     On information and belief, Cherwell is inducing infringement and will continue to induce infringement of one or more claims of the '252 patent for at least the following reasons. Defendant has had actual notice of the '252 patent at least as of the filing of BMC's initial complaint against Cherwell in April 2017.  Despite Defendant's actual notice of infringement, Defendant continues to make, use, sell, offer to sell, and provide installation, operational support, and instructions for infringing products, including the Cherwell Service Management product, with the knowledge or willful blindness that its conduct will induce customers to infringe the '252 patent.  Defendant engages in many activities that encourage its customers to infringe the '252 patent, including (i) advertising and promotion efforts for the Cherwell Service Management product;[84] (ii) the publication of demonstrational videos concerning the Cherwell Service Management product;[85] (iii) the publication of data sheets that purport to describe alleged benefits customers will derive from embracing the Cherwell Service Management

---

[83] *See, e.g.,* https://cherwellsupport.com/webhelp/en/5.0/16271.htm;
https://cherwellsupport.com/WebHelp/en/8.1/content/shared/define_business_object_rights_-access_to_data-.html.
[84] *See, e.g.,* https://www.cherwell.com/community/m/mapp-exchange-documents/50/download;
https://cherwellsupport.com/webhelp/en/8.0/17394.htm; https://www.cherwell.com/uk/wp-content/.../Cherwell-
Whitepaper-Codeless-ITSM.pdf; https://www.cherwell.com/community/m/mapp-exchange-
documents/50/download.
[85] *See, e.g.,* https://www.youtube.com/watch?v=cFH_gXrIIxM ("How to Apply a mApp in Cherwell");
https://www.youtube.com/watch?v=Im9lM826N1w ("Cherwell mApp Solutions—Innovate without Building from
Scratch").

product;[86] (iv) the publication of "white papers" that purport to describe the alleged virtues of the Cherwell Service Management product;[87] (v) the publication of alleged success stories involving customers who have embraced the Cherwell Service Management product;[88] (vi) the publication both directly and indirectly through Beyond20, including through the website http://www.beyond20.com/, of tutorial, demonstration, and best practices instructional videos concerning the Cherwell Service Management product;[89] and (vii) the provision of user forums (including in the Eastern District of Virginia) blogs, and product documentation.[90]   Through these activities, Defendant specifically intends that its customers directly infringe the '252 patent.

100.    On information and belief, Cherwell is contributorily infringing and will continue to contributorily infringe one or more claims of the '252 patent for at least the following reasons. Defendant has had actual notice of the '252 patent no later than the filing of BMC's initial complaint against Cherwell in April 2017.   Defendant provides to its customers (direct infringers) components, such as the Cherwell Service Management product, that lack substantial non-infringing uses and that lead to infringement when combined with other portions of the Cherwell or FireScope platform and related products used by customers.   These infringing components are a material part of the Cherwell or FireScope platform and related products, which would not function properly without them.

101.    Defendant derives revenue from selling such infringing products.

---

[86] *See, e.g.,* https://community.firescope.com/documentation/w/documentation/; https://cherwellsupport.com; http://www.firescope.com/Resources/.

[87] *See, e.g.,* https://www.cherwell.com/resources/ebooks-and-white-papers/; http://www.firescope.com/Resources/.

[88] *See, e.g.,* https://www.cherwell.com/resources/customer-success; http://www.firescope.com/Resources/.

[89] *See, e.g.,* https://www.youtube.com/watch?v=iWbLa3UAjI4&t=199s ("New Cherwell mApp by Beyond20: Email Monitoring Log"); https://www.youtube.com/watch?v=-n_eI98HslY ("Cherwell & FireScope Discovery and Dependency Mapping").

[90] *See, e.g.,* https://www.cherwell.com/community/; https://community.firescope.com/; *see also* https://www.cherwell.com/community/c/e/402 (meeting in "Reston, VA").

## WILLFUL INFRINGEMENT

102.    Paragraphs 1 through 101 are incorporated as if fully set forth herein.

103.    BMC developed the market for ITSM products.   BMC also developed and patented the functionality that customers consider important in selecting an ITSM system, and did so at considerable expense—at a cost of billions of dollars—none of which was borne by Defendant.  In addition, Defendant did not have to bear the technical and commercial risks in creating the ITSM market.

104.    Defendant directly competes with BMC and promotes its ITSM products to customers as substitutes for BMC's ITSM offerings, including the core functionality that is the subject of BMC's patents.

105.    In addition, Defendant hired several key ex-BMC employees, including engineers and sales personnel, and most critically Craig Harper (as Cherwell's President and CEO) who were intimately familiar with BMC's ITSM products and innovations and, upon information and belief, knew that BMC protects such ITSM products and innovations through patent protection.

106.    Upon information and belief, Defendant improperly used those former BMC employees that it hired in its development of key aspects of its ITSM offerings, including Defendant's infringing products.

107.    Thus, upon information and belief, Defendant developed its infringing products by copying key functions or features, with full knowledge or willful blindness that these functions were patented by BMC and that copying such functionality would result in patent infringement.

108.    Furthermore, there is reason to believe that Cherwell, through its hiring of BMC employees and its status as a competitor to BMC in the ITSM industry, has had notice of BMC's

patents-in-suit prior to the filing of BMC's initial complaint against Cherwell in April 2017.
Some of BMC's patents-in-suit were the subject of previous lawsuits against another competitor
in the industry and related proceedings before the USPTO.  On information and belief, Cherwell
would have been aware of these previous lawsuits and proceedings prior to the filing of BMC's
initial complaint against Cherwell in April 2017.

109.   At the very least, Defendant had actual notice of the patents-in-suit as of the day
of the filing of BMC's initial complaint against Cherwell in April 2017 and has continued to
disregard BMC's patents in a deliberate and wanton manner.  Defendant exhibits bad faith by
continuing to infringe BMC's patents despite having actual notice of the claims and the accused
products.

110.   Defendant's willful and deliberate infringement entitles BMC to enhanced
damages under 35 U.S.C. § 285.

## IRREPARABLE HARM TO BMC

111.   BMC has been irreparably harmed by Defendant's acts of infringement, and will
continue to be harmed unless and until Defendant's acts of infringement are enjoined by this
Court.   BMC has no adequate remedy at law to redress Defendant's continuing acts of
infringement.  The hardships that would be imposed upon Defendant by an injunction are less
than those faced by BMC should an injunction not issue.  Furthermore, the public interest would
be served by issuance of an injunction.

## PRAYER FOR RELIEF

**WHEREFORE,** BMC prays for the following relief:

112.   A judgment that Cherwell directly and/or indirectly infringes the '898, '586, '783,
'222, '652, '857, and '252 patents;

113.     A permanent injunction preventing Cherwell and its respective officers, directors, agents, partners, servants, employees, attorneys, licensees, successors, and assigns, and those in active concert or participation with any of them, from engaging in infringing activities with respect to the '898, '586,'783, '222, '652, '857, and '252 patents;

114.     A judgment that Cherwell's infringement has been willful;

115.     A ruling that this case is exceptional under 35 U.S.C. § 285;

116.     A judgment and order requiring Defendant to pay BMC damages under 35 U.S.C. § 284, including supplemental damages for any continuing post-verdict infringement up until entry of judgment, with an accounting, as needed, as well as treble damages for willful infringement under 35 U.S.C. § 285;

117.     A judgment and order requiring Defendant to pay BMC's costs of this action (including all disbursements);

118.     A judgment and order requiring Defendant to pay pre-judgment and post-judgment interest on damages awarded; and

119.     Such other and further relief as the Court may deem just and proper.

Respectfully submitted,

**BMC SOFTWARE, INC.**
By counsel

_____/s/ Andrew J. Terrell_____
Andrew J. Terrell (Va. Bar. No. 30093)
Kevin A. Kernan (Va. Bar No. 42314)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia  22042
(703) 280-9260
(703) 280-9130 (facsimile)
aterrell@wtplaw.com
kkernan@wtplaw.com

Robert A. Cote
Brett Cooper
Kevin Schubert
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10037
(212) 4402-9400
(212) 402-9444 (facsimile)
rcote@mckoolsmith.com
bcooper@mckoosmith.com
kschubert@mckoolsmith.com

Pierre Hubert
MCKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, Texas  78701
(512) 692-8700
(512) 692-8744 (facsimile)
phubert@mckoolsmith.com

Holly Engelmann
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas  75201
(214) 978-4000
(214) 978-4004
hengelmann@mckoolsmith.com

*Counsel for Plaintiff, BMC Software, Inc.*