**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-03127-MSK-STV

BMC SOFTWARE, INC.,

    Plaintiff,

  v.

CHERWELL SOFTWARE, LLC,

    Defendant.

## STIPULATION AND ORDER

Plaintiff BMC Software, Inc. ("BMC") and Defendant Cherwell Software, LLC ("Cherwell") have requested through their Requests for Production the production of litigation hold notices sent to relevant employees related to this litigation. These litigation hold notices were sent by the parties' attorneys and were marked privileged and confidential. The parties' position is that the subject litigation hold notices are privileged.

To avoid a discovery dispute, BMC and Cherwell hereby stipulate that the parties' production of their litigation hold notices does not waive any privilege. Pursuant to Federal Rule of Evidence 502(d), the Court may issue an order providing that a party's disclosure of documents protected by the attorney-client privilege or work product protection does not waive such privilege. The parties agree that, with respect to the parties' litigation hold notices, a FRE 502(d) order is appropriate in this case.

IT IS HEREBY STIPULATED, AGREED, AND ORDERED that pursuant to FRE 502(d), the parties' production in this proceeding of their litigation hold notices shall not, for the

purposes of this proceeding or any other proceeding in any other court, constitute a waiver by either party of any privilege applicable to those documents, including the attorney-client privilege, attorney work product, or any other privilege or protection recognized by law.

STIPULATED AND AGREED TO:

Dated:  July 20, 2018                                              Respectfully submitted,

| */s/Holly E. Engelmann* | */s/ Franco E. Muzzio* |
|---|---|
| Robert A. Cote | Robert Van Nest |
| Brett Cooper | Eugene M. Paige |
| McKool Smith, PC | Warren A. Braunig |
| One Bryant Park, 47th Floor | Sharif E. Jacob |
| New York, New York 10036 | William S. Hicks |
| Telephone:    (212) 402-9400 | Philip J. Tassin |
| Facsimile:     (212) 402-9444 | Abraham H. Fine |
| Email:  rcote@mckoolsmith.com | Franco E. Muzzio |
| Email:  bcooper@mckoolsmith.com | KEKER, VAN NEST & PETERS LLP |
| | 633 Battery Street |
| Robert A. Auchter | San Francisco, CA 94111-1809 |
| McKool Smith P.C. | Telephone:  415 391 5400 |
| 1999 K Street, Suite 600 | Facsimile:  415 397 7188 |
| Washington, DC 20006 | Email: rvannest@keker.com |
| Telephone:    202.370.8303 | Email: epaige@keker.com |
| Facsimile:    202.370.8344 | Email: wbraunig@keker.com |
| Email:  rauchter@mckoolsmith.com | Email: sjacob@keker.com |
| | Email: whicks@keker.com |
| Holly E. Engelmann | Email: ptassin@keker.com |
| McKool Smith P.C. | Email: afine@keker.com |
| 300 Crescent Court, Suite 1500 | Email: fmuzzio@keker.com |
| Dallas, TX 75201 | |
| Telephone:    214.978.4000 | Scott R. Bialecki |
| Facsimile:    214.978.4044 | J.D. Schneider |
| Email:  hengelmann@mckoolsmith.com | Leslie Benita Hayden |
| | FAEGRE BAKER DANIELS |
| John Posthumus | 3200 Wells Fargo Center |
| Sheridan Ross, PC | 1700 Lincoln Street |
| 1560 Broadway, Suite 1200 | Denver, Colorado 80203 |
| Denver, Colorado 8020-5141 | Email: Scott.Bialecki@faegrebd.com |

2

Telephone:    (303) 863-9700  
Facsimile:    (303) 863-0223  
Email:  jposthumus@sheridanross.com

Pierre J. Hubert  
Duane Morris LLP  
7500 Rialto Blvd, Building I, Suite 230  
Austin, TX 78735  
Telephone:  (512) 277-2252  
Facsimile:  (512) 277-2301  
Email:  pjhubert@duanemorris.com

*Attorneys for Plaintiff BMC Software Inc.*

Email: JD.Schneider@faegrebd.com  
Email: Leslie.Hayden@faegrebd.com

*Attorneys for Defendant Cherwell Software, LLC*

**THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.**

Dated:  July 26, 2018            s/Scott T. Varholak  
                         MAGISTRATE JUDGE SCOTT T. VARHOLAK

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Roseann Cirelli*
Roseann Cirelli
Assistant to Franco Muzzio
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA  94111
Tel:  (415) 391-5400
Fax: (415) 397-7188
Email:  rcirelli@keker.com